125 BROAD STREET, 39TH FLOOR · NEW YORK, NEW YORK 10004-2400

www.sdma.com   212.422.0202 phone   212.422.0925 fax

**Sedgwick**
DETERT, MORAN & ARNOLD LLP

*Michael H. Bernstein*
212-898-4011
michael.bernstein@sdma.com

August 11, 2010



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/10

**MEMO ENDORSED**

*Via Facsimile (212) 805-7900*
Hon. Kimba M. Wood, U.S.D.J.
United States District Court For The
Southern District Of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *Vincent Macaluso v. JPMorgan Chase Long Term Disability Plan and Hartford Life Insurance Company*
      Civ. Act. No.:   10-cv-5283
      SDMA File No.:   02489-000089

Dear Judge Wood:

    This office represents all defendants in the above-referenced matter. We write to request an extension of time for the defendants to appear and respond to the Complaint in this matter. Defendants' responses to the complaint are due by August 12, 2010. We request a short extension for defendants to respond to the Complaint until September 12, 2010. Plaintiff's counsel consents to the request and this extension does not effect any previously scheduled dates set by the Court. No prior requests for an extension of time have been made on defendants' behalf.

    Thank you for your consideration of this matter.

Respectfully submitted,

*[signature]*

Michael H. Bernstein
Sedgwick, Detert, Moran & Arnold LLP

MHB/wgd
cc:   John W. DeHaan, Esq. (*via facsimile 631-582-1228*)

*Request granted.*
*Defendants shall*
*respond to the*
*complaint no later*
*than September 12, 2010.*

SO ORDERED:
*[signature]*
KIMBA M. WOOD
U. S. D. J.    8/11/10

NY/592443v1