UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VINCENT MACALUSO,                                                  Civ. Act. No.: 10 CV 5283 (RJH)

                        Plaintiff,

                                                    **RULE 7.1 DISCLOSURE**
               -against-                             **STATEMENT_____**

JPMORGAN CHASE LONG-TERM DISABILITY
PLAN and HARTFORD LIFE INSURANCE                                   DOCUMENT
COMPANY,                                                           ELECTRONICALLY FILED

                        Defendants.
-------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, HARTFORD LIFE INSURANCE COMPANY, certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

      1.      The Hartford Financial Services Group, Inc.

      The Hartford Financial Services Group, Inc. is a publicly traded corporation that has no parent corporation. No publicly held corporation currently owns 10% or more of its common stock. Allianz SE, a publicly held corporation that has no parent corporation, holds contingent rights to purchase more than 10% of the common stock of The Hartford Financial Services Group, Inc.

Dated: New York, New York
           September 10, 2010

NY/600182v1

                                                                       Respectfully Submitted,

                                                                       s/ _____
                                                                       MICHAEL H. BERNSTEIN (MB-0579)
                                                                       SEDGWICK, DETERT, MORAN & ARNOLD LLP
                                                                       125 Broad Street, 39th Floor
                                                                       New York, New York 10004-2400
                                                                       Telephone: (212) 422-0202
                                                                       Facsimile:  (212) 422-0925
                                                                       (SDMA File No. 2489-000089)
                                                                       ***Attorneys for Defendants***
                                                                       HARTFORD LIFE INSURANCE COMPANY and JPMORGAN CHASE LONG-TERM DISABILITY PLAN

TO:
John W. DeHaan, Esq.
DEHAAN BUSSE, LLP
300 Rabro Drive East, Suite 101
Hauppauge, New York 11788
Tel.:  (631) 582-1200
Fax:  (631) 582-1228
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **RULE 7.1 DISCLOSURE STATEMENT** (for Hartford Life Insurance Company) was served by **ECF and Regular Mail** on September 10, 2010, upon the following:

John W. DeHaan, Esq.
DEHAAN BUSSE, LLP
300 Rabro Drive East, Suite 101
Hauppauge, New York 11788
Tel.: (631) 582-1200
Fax: (631) 582-1228
*Attorneys for Plaintiff*

   s/
MICHAEL H. BERNSTEIN  (MB-0579)