# DB DeHaan • Busse LLP

300 RABRO DRIVE EAST • SUITE 101 • HAUPPAUGE, NEW YORK 11788 • (631) 582-1200

JOHN W. DEHAAN
PATRICK H. BUSSE
HARRY J. BINDER
CHARLES E. BINDER

STÉPHANE M. MONTAS
PAUL M. KAMPFER

SUZANNE BIDART, R.N.

October 5, 2010

OCT - 5

**Via Facsimile Transmission**
Fax No.: (212) 805-7948
Hon. Richard J. Holwell, U.S. D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/10

Re: **Macaluso v. JP Morgan Chase LTD Plan and Hartford Life Ins. Co.**
**Civil Action No.: 10 Civ. 5283(RJH)(DF)**

Dear Judge Holwell:

This firm represents the plaintiff, Vincent Macaluso, in the above-referenced matter. Defendants are represented by Michael Bernstein, of Sedgwick, Detert, Moran & Arnold, LLP.

This case is scheduled for a conference with the Court on October 22, 2010, at 11:00 AM. I am scheduled to attend a CLE conference in Washington, DC, and will be traveling on October 22, 2010. As a result, I am not available to attend the Court conference on that date, and I write to request an adjournment.

I have consulted with Mr. Bernstein, and he consents to this request. We are both available on the following alternate dates: October 25, October 28, or October 29, 2010. There have been no previous requests for an adjournment of this conference.

Thank you for your consideration of this request.

*Conference adjourned to 10/29/10 at 11:00 am*

Respectfully submitted,
DEHAAN BUSSE LLP

By: /s/ John W. DeHaan
John W. DeHaan, Esq.
jdehaan@dehaanbusse.com

cc: Michael Bernstein, Esq. (Via fax)

*SO ORDERED*
*[signature]*
*USDJ*
*10/13/10*

TOTAL P.02