AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Vincent A. Macaluso ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   10-cv-5283 (RJH)(DF) |
| JPMorgan Chase Long-Term Disability Plan & Hartford Life Insurance Company ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date:   12/30/2010

s/
*Attorney's signature*

Matthew P. Mazzola (MM7427)
*Printed name and bar number*

Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street, 39th Floor
New York, New York 10004

*Address*

matthew.mazzola@sdma.com
*E-mail address*

(212) 422-0202
*Telephone number*

(212) 422-0925
*FAX number*

## **CERTIFICATION**

I, Matthew P. Mazzola , hereby certify and affirm that a true and correct copy of the attached **NOTICE OF APPEARANCE** was served via ECF and regular mail on this day 30th day of December, upon the following:

> John W. DeHaan, Esq.
> DEHAAN BUSSE, LLP
> 300 Rabro Drive East, Suite 101
> Hauppauge, New York 11788
> Tel.: (631) 582-1200
> Fax: (631) 582-1228
> *Attorneys for Plaintiff*

s/ _____
Matthew P. Mazzola (MM07427)

Dated:   New York, New York
         December 30, 2010