125 BROAD STREET, 39TH FLOOR    NEW YORK, NEW YORK 10004-2400

www.sdma.com   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick
### DETERT, MORAN & ARNOLD LLP



*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sdma.com*

April 11, 2011

Via Hand Delivery

Hon. Richard J. Holwell, U.S.D.J.
United States District Court For The
Southern District Of New York
500 Pearl Street
New York, NY 10007-1312



Re:  Vincent Macaluso v. Hartford, et. al.
     Civ. Act. No.: 10-cv-5283
     Sedgwick File No.: 02489-000089

Dear Judge Holwell:

    We represent the Defendants in the above-referenced matter. Upon the consent of plaintiff's counsel, we are writing to respectfully request an adjournment of several dates set forth in the Court's Civil Case Management Plan and Scheduling Order dated November 1, 2010.

    In its November 1, 2010 Civil Management Plan and Scheduling Order, the Court initially scheduled a pre-trial conference for April 8, 2011. Recently, that conference was adjourned by the Court to April 15, 2011. However, I will be out of town on April 15, 2011 and thus, respectfully request that the pre-trial conference be adjourned to May 6, 2011 at 10:00 am. Please be advised that I have confirmed the availability of the Court and plaintiff's counsel for that date and time. Since we are requesting an extension of the May 6, 2011 pre-trial conference, the parties must also request an extension of time to file their respective letters requesting a pre-motion conference for summary judgment motions, which were previously scheduled to be filed on May 6, 2011. Therefore, the parties respectfully request that the date to file their respective letters requesting a pre-motion conference for summary judgment motions be extended from May 6, 2011 to May 13, 2011. This is the first time that an extension of these dates has been requested.

Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Bernstein
Sedgwick, Detert, Moran & Arnold LLP

MHB

> *Requests granted. Conference rescheduled for Friday, May 6, 2011, at 10:30 am. Deadline to file pre-motion letters extended to May 13, 2011.*
>
> **SO ORDERED**
> RICHARD J. HOLWELL
> UNITED STATES DISTRICT JUDGE
> 4/14/11

NY/693168v1