UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

VINCENT MACALUSO,

               Plaintiff,

   – against –

JP MORGAN CHASE BANK GROUP
LONG TERM DISABILITY INSURANCE
PLAN, et al.,

           Defendants.

-------------------------------------------------------------X

Civil Action No.: 1:10-cv-05283-RJH

**AMENDED CERTIFICATE
OF SERVICE**

DOCUMENT
ELECTRONICALLY FILED

       I, MICHAEL H. BERNSTEIN, hereby certify that a true and correct copy of the attached

NOTICE OF CHANGE OF FIRM NAME was served by ECF on May 4, 2011, upon the following:

                   John W. DeHaan
                   Jerome Binder
                   DEHAAN BUSSE LLP
                   300 Rabro Drive East, Suite 101
                   Hauppauge, New York 11788
                   Business Phone:  (631) 582-1200
                   *Attorneys for Plaintiff*

Dated:  New York, New York
       May 5, 2011

                   Respectfully Submitted,

                   s/
                   MICHAEL H. BERNSTEIN (MB 0579)
                   JOHN T. SEYBERT (JS 5014)
                   DANIEL M. MEIER (DM 2833)
                   SEDGWICK LLP
                   *Attorneys for Defendant*
                   HARTFORD LIFE INSURANCE COMPANY
                   125 Broad Street, 39th Floor
                   New York, New York 10004
                   Tel:  (212) 422-0202
                   Fax: (212) 422-0925

## CERTIFICATE OF SERVICE

I, MICHAEL H. BERNSTEIN, hereby certify and affirm that a true and correct copy of the

attached **AMENDED CERTIFICATE OF SERVICE** was served **by ECF** on May 5, 2011, upon the

following:

> John W. DeHaan
> Jerome Binder
> DEHAAN BUSSE LLP
> 300 Rabro Drive East, Suite 101
> Hauppauge, New York 11788
> Business Phone: (631) 582-1200
> *Attorneys for Plaintiff*

Dated:    New York, New York
          May 5, 2011

s/ _____
MICHAEL H. BERNSTEIN (MB 0579)