

ATTORNEYS AT LAW
125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400
www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sdma.com*

May 3, 2011

Hon. Richard J. Holwell, U.S.D.J.
United States District Court For The
Southern District Of New York
500 Pearl Street
New York, NY 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/11

Re: Vincent Macaluso v. Hartford, et. al.
    Civ. Act. No.: 10-cv-5283
    Sedgwick File No.: 02489-000089

Dear Judge Holwell:

We represent the Defendants in the above-referenced matter. Pursuant to the instruction of Sam from your chambers, and on consent from plaintiff's counsel, we respectfully request that the pre-trial conference scheduled for May 6, 2011 be adjourned *sine die* pending the parties' submission of their respective letters requesting a pre-motion conference, which are due on May 13, 2011.

Notably, in its November 1, 2010 Civil Management Plan and Scheduling Order, the Court initially scheduled a pre-trial conference for April 8, 2011. The conference was adjourned by the Court to April 15, 2011 and subsequently adjourned pursuant to a request by Hartford to May 6, 2011. Since the parties must submit their respective letters requesting a pre-motion conference only one week after the date for which the pre-trial conference is currently scheduled, the parties, upon instruction from the Court, respectfully request that the conference be adjourned *sine die* pending the submission of these letters. As referenced above, this is the second time that the Defendants have requested an extension of this date and the Court granted the first request.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ Michael H. Bernstein

Michael H. Bernstein
Sedgwick, Detert, Moran & Arnold LLP

MHB

*Request granted.*

SO ORDERED
/s/ Richard J. Holwell
RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE
5/3/11

NY/693168v1