# DB DeHaan • Busse LLP

300 RABRO DRIVE EAST • SUITE 101 • HAUPPAUGE, NEW YORK 11788 • 631-582-1200

JOHN W. DEHAAN, ESQ.
PATRICK H. BUSSE, ESQ.

WWW.DEHAANBUSSE.COM
WWW.PERSDISABILITY.NET

May 10, 2011

**Via Facsimile**
Fax No.: (212) 805-7948
Hon. Richard J. Holwell, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/11

RECEIVED
MAY 10 2011
CHAMBERS OF
RICHARD J. HOLWELL

Re: **Macaluso v. JP Morgan Chase LTD Plan
and Hartford Life Ins. Co.
Civil Action No.: 10 Civ. 5283(RJH)(DF)**

Dear Judge Holwell:

This firm represents the plaintiff, Vincent Macaluso, in the above-referenced matter. Defendants are represented by Michael Bernstein and Matthew Mazzola, of Sedgwick, Detert, Moran & Arnold, LLP. I submit this letter via facsimile pursuant to Your Honor's Individual Rules.

I write on behalf of all parties to request that this matter be referred to Magistrate Judge Freeman for purposes of a settlement conference.

Further, the deadline for the parties to submit their letters requesting a pre-motion conference is presently this Friday, May 13, 2011. In light of the parties agreement to participate in a settlement conference with the Magistrate Judge, we jointly request that the Court adjourn the deadline to request a pre-motion conference until ten (10) days after the requested settlement conference has been concluded. This deadline has been adjourned on one other occasion, from May 6, to May 13, 2011, due to a scheduling conflict. I have consulted with Mr. Mazzola, and he joins in this request.

Thank you for your consideration of this request.

Respectfully submitted,
**DeHaan Busse LLP**

By: _____
John W. DeHaan, Esq.
jdehaan@dehaanbusse.com

cc: Michael Bernstein, Esq. (Via facsimile)
Vincent Macaluso

*The deadline by when the parties are to request a pre-motion conference on dispositive motions is adjourned to a date to be set after the parties' settlement conference. The parties are directed to inform the Court of the date of that conference once it is scheduled.*

**SO ORDERED**

_____
**RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE** 5/18/11

TOTAL P.02