


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
VINCENT MACALUSO,

                           Plaintiff,

      -against-

JPMORGAN CHASE LONG-TERM DISABILITY
PLAN and HARTFORD LIFE INSURANCE
COMPANY,

                          Defendants.
-------------------------------------------------------X

Civ. Act. No.: 10 CV 5283 (RJH)(DF)

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between plaintiff Vincent Macaluso and defendants, JPMorgan Chase Long-Term Disability Plan (the "Plan") and Hartford Life Insurance Company ("Hartford"), through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims by plaintiff against the Plan and Hartford in the above-captioned action are dismissed with prejudice and without costs.

_____
Michael H. Bernstein (MB-0579)
Matthew P. Mazzola (MM-7427)
SEDGWICK LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Fax: (212) 422-0925
*Attorneys For Defendants*

_____
John W. DeHaan
DEHAAN BUSSE LLP
300 Rabro Drive East, Suite 101
Hauppauge, New York 11788
Business Phone: (631) 582-1200
*Attorneys for Plaintiff*

So Ordered:

_____
Hon. Richard J. Holwell
United States District Judge
9/16/11

NY/751390v1